Neal Walters (020901993)
Casey Watkins (060122014)
Kristen Petagna
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
(856) 761-3400
(856) 761-1020 fax
waltersn@ballardspahr.com
watkinsc@ballardspahr.com
petagnak@ballardsparh.com

Attorneys for Defendants Subaru Corporation
and Subaru of America, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Christine Powell, Gordon Armstrong, Carl Eckhardt, Paul Geisler, Hunter Mills, Sandy Moreno, Louie Nevarez, Andrew Vierra, Daniel Binkley, Ryan Hicks, Stephen Merman, Arnold Milstein, Jason Moore, Katherine Kinsey, Jeffrey Barr, Julie Wotring, Allan Zaback, Brent Garrett, James Jones, Randy Robbie, and Brittany Funk, individually and on behalf of all others similarly situated,**<br><br>                                  Plaintiffs;<br><br>          v.<br><br>**Subaru of America, Inc. and Subaru Corporation,**<br><br>                                  Defendants. | Case No. 1:19-cv-19114-NLH-JS<br><br>**Notice of Defendant Subaru of America, Inc.'s Supplemental Motion to Dismiss [Fed. R. Civ. P. 12(b)(1), (6), (e)]**<br><br>Motion Day: July 6, 2020 |

**TO ALL PARTIES AND
THEIR ATTORNEYS OF RECORD:**

      **PLEASE TAKE NOTICE** that on July 6, 2020, at 10:00 a.m., or as soon thereafter

as counsel may be heard, Defendant Subaru of America, Inc. shall move before the United States

District Court for the District of New Jersey, the Honorable Noel L. Hillman presiding, at the Mitchell H. Cohen U.S. Courthouse, 1 John F. Gerry Plaza, Camden, New Jersey 08101-2797, for an order dismissing the complaint of Plaintiffs Allan Zaback, Brent Garrett, James Jones, Randy Robbie, and Brittany Funk pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), or in the alterative, for a more definite statement pursuant to Federal Rules of Civil Procedure 12(e).

**PLEASE TAKE FURTHER NOTICE** that, in support thereof, Subaru of America, Inc. will rely on its supplemental brief, and, by agreement of the parties, the incorporated-by-reference papers filed in support of the Subaru Defendants' motion to dismiss the Master Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 78.1(b), oral argument is requested.

Dated: May 13, 2020

Respectfully submitted,

*s/Casey Watkins*
Neal Walters (ID No. 020901993)
waltersn@ballardspahr.com
Casey Watkins (ID No. 060122014)
watkinsc@ballardspahr.com
Kristen Petagna
petagnak@ballardsparh.com
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
856.761.3400
856.761.1020 fax

Attorneys for Defendants Subaru Corporation and Subaru of America, Inc.