**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTINE POWELL, GORDON ARMSTRONG, CARL ECKHARDT, PAUL GEISLER, HUNTER MILLS, SANDY MORENO, LOUIE NEVAREZ, ANDREW VIERRA, DANIEL BINKLEY, RYAN HICKS, STEPHEN MERMAN, ARNOLD MILSTEIN, JASON MOORE, KATHERINE KINSEY, JEFFREY BARR, JULIE WOTRING, ALLAN ZABACK, BRENT GARRETT, JAMES JONES, RANDY ROBBIE and BRITTANY FUNK, individually and on behalf of all others similarly situated,<br>        Plaintiffs,<br>  v.<br>SUBARU OF AMERICA, INC. and SUBARU CORPORATION<br>        Defendants. | Case No.: 1:19-cv-19114-NLH-JS<br><br>**MOTION FOR *PRO HAC VICE* ADMISSION TO APPEAR AS COUNSEL FOR PLAINTIFF ALLAN ZABACK** |

**MOTION FOR *PRO HAC VICE* ADMISSION TO**
**APPEAR AS COUNSEL FOR PLAINTIFF ALLAN ZABACK.**

1. Plaintiff moves for admission of Nicholas A. Migliaccio *pro hac vice* as plaintiff's attorney in the above matter.

2. Mr. Migliaccio is an experienced attorney who has an ongoing client relationship with Plaintiff Allan Zaback. Plaintiffs respectfully request that Mr. Migliaccio be permitted to appear on their behalf in the above-captioned matter.

3. Mr. Migliaccio will abide by the New Jersey Court rules.

4. Mr. Migliaccio will notify the Court of any matter affecting his standing of Bar.

5. Mr. Migliaccio is now currently in good standing in the District of Columbia Bar. See Affidavit of Nicholas A. Migliaccio attached as Exhibit "B".

6. No disciplinary proceedings are pending against Mr. Migliaccio in any jurisdiction and no discipline has previously been imposed on Mr. Migliaccio in any jurisdiction.

For the reasons stated above, Plaintiff respectfully moves for admission of Nicholas A. Migliaccio *pro hac vice* in the District of New Jersey in the above matter for the Plaintiff.

Respectfully submitted,

Date:  August 24, 2020

/s/ Michael M. Weinkowitz
**MICHAEL M. WEINKOWITZ, ESQ.**
LEVIN SEDRAN & BERMAN LLP
510 WALNUT STREET
SUITE 5000
PHILADELPHIA, PA 19106
(212) 592-1500