UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING:** 4/21/25

**JUDGE CHRISTINE P. O'HEARN**

**COURT REPORTER:** Meta Goddard

**TITLE OF CASE:**

**DOCKET NO.**: 1:19-cv-19114 (CPO-SAK)

CHRISTINE POWELL, et al.
v.

SUBARU OF AMERICA, INC., et al.

**APPEARANCES:**
Peter Muhic, Esquire for Plaintiffs
Edwin Kipela, Esquire for Plaintiffs
Brian Kearney, Esquire for Defendants
Neal Walters, Esquire for Defendants

**NATURE OF PROCEEDINGS: MOTION HEARING**
Hearing on Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, ECF No. 160.
Hearing on Plaintiffs' Motion for Attorneys Fees, ECF No. 161.

**DISPOSITION:**
ORDERED Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, ECF No. 160, is GRANTED. Order to be entered.
ORDERED Plaintiffs' Motion for Attorney's Fees, ECF No. 161, is GRANTED. Order to be entered.

Time Commenced: 10:10am
Time Adjourned: 11:00am
**Total Time:** **50 Minutes**

s/ Haley E. Minix
Deputy Clerk